IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDOLPH J. THURBER, | ) | CASE NO. 4:06CV3174 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | ORDER |
| STATE OF NEBRASKA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, TERESA TACK-STOGDILL, and JONI GEBHARD, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Filing No. 19) is granted; and

2. The Plaintiff's brief in response to the Defendant's Motion to Dismiss shall be filed on or before Thursday, September 7, 2006.

DATED this 5th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge