IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDOLPH J. THURBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 4:06CV3174 |
| STATE OF NEBRASKA, DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES; | ) | ORDER |
| TERESA TACK-STOGDILL and | ) | |
| JONI GEBHARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' Motions to Stay Discovery [24] & [28] pending the district court's ruling on their motions for dismissal, which are based on sovereign immunity.

Plaintiff's claims are made pursuant to the Age Discrimination in Employment Act ("ADEA").  In *Kimel v. Florida Board of Regents*, 528 U.S. 62 (2000), the Supreme Court held that the ADEA's purported abrogation of the States' sovereign immunity was invalid. *Accord Fromm v. Commission of Veterans Affairs*, 220 F.3d 887, 889 (8th Cir. 2000).

Upon review of the file, I find that the motions should be granted, that all discovery (including the parties' obligation to confer and file a planning report pursuant to Fed. R. Civ. P. 26(f))  should be stayed until the motions for dismissal ([22] & [26]) are resolved.

**IT IS SO ORDERED.**

**DATED September 19, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**