## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDOLPH J. THURBER,              )<br>                                                        )<br>                   Plaintiff,            )<br>                                                        )<br>           vs.                                    )<br>                                                        )<br>STATE OF NEBRASKA, DEPARTMENT )<br>OF HEALTH AND HUMAN SERVICES; )<br>TERESA TACK-STOGDILL and       )<br>JONI GEBHARD,                            )<br>                                                        )<br>                   Defendants.         ) | 4:06CV3174<br><br>ORDER |

   This matter is before the court on the motion of attorneys Michele M. Lewon and Frederick J. Coffman for leave to withdraw as defense counsel. Substitute counsel has entered an appearance.

   **IT IS ORDERED** that the Motion to Withdraw [43] is granted. The Clerk shall terminate the appearances of Michele M. Lewon and Frederick J. Coffman as counsel for the defendants.

   **DATED November 6, 2006.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**