IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDOLPH J. THURBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CV3174 |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that defendants' Motion to Strike Brief [60] is granted, and Filing No. [59] is hereby stricken.  Defendants shall, forthwith, file a corrected "Supplemental Brief in Support of Motion to Dismiss."

**DATED December 21, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**