IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RANDOLPH J. THURBER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4:06CV3174** |
| vs. | ) | |
| | ) | **ORDER** |
| **STATE OF NEBRASKA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' Motion [66] for leave to file an Answer to plaintiff's Fourth Amended Complaint out of time.

Upon review of the court file, I find that the motion should be granted.

**IT IS ORDERED:**

1.   Defendants' Motion [66] is granted.

2.   The Answer [67] filed by defendants State of Nebraska, Department of Health and Human Services, Teresa Tack-Stogdill, and Joni Gebhard is accepted for filing instanter.

3.   As previously instructed in Filing [17], counsel for the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and shall file their planning report with the court no later than **May 24, 2007.**

**DATED May 2, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**