IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDOLPH J. THURBER,<br><br>            Plaintiff,<br><br>    V.<br><br>STATE OF NEBRASKA,<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br>TERESA TACK-STOGDILL, and<br>JONI GEBHARD,<br><br>            Defendants. | CASE NO. 4:06CV3174<br><br><br><br>ORDER |

IT IS ORDERED:

1. The Plaintiff's unopposed Motion for an Extension of Time to file his response to the Defendants' motion for summary judgment (Filing No. 84) is granted; and

2. Plaintiff shall file his brief and index of evidence in response to the Defendants' motion for summary judgment on or before Wednesday, February 20, 2008.

DATED this 6th day of February, 2008.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            United States District Judge