IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDOLPH J. THURBER, | ) | CASE NO. 4:06CV3174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| STATE OF NEBRASKA, | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, TERESA TACK- | ) | |
| STOGDILL, and JONI GEBHARD, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The Defendants' unopposed Motion for an Enlargement of Time (Filing No. 91) is granted, and

2. The Defendants shall file their reply brief in support of their motion for summary judgment on or before Friday, March 7, 2008.

DATED this 27th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge